450 A.2d 189

Cooper, etc., Appellant v. Kenn.

Argued April 15, 1980. William G. Cohen, for appellant; Dominick Motto, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Orders affirmed.

454 A.2d 147

Heiler Jr. v. Schipani, et al., Appellants.

Submitted November 14, 1980. Ray Radakovich, for appellants; Jane D. Ressler, for appellee.

Before CERCONE, P.J., WIEAND and HOFFMAN, JJ.

Affirmed.